```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A03-0011--CV (JKS)
                        "JOHNNIE CRISCO ET AL V USA"

             Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/16/03
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    28 USC 1346 & 2671
            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 01/16/03 receipt # 00119514
          Trial by: Court
```

Parties of Record:                               Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | CRISCO, JOHNNIE | George M. Kapolchok<br>Kapolchok Law Offices<br>360 K Street, Suite 100<br>Anchorage, AK 99501<br>907-278-8850 |
| PLF 2.1 | [T] CRISCO, ANNA | No counsel found for this party! |
| PLF 3.1 | CRISCO, ANNA, ESTATE OF | George M. Kapolchok<br>(see above) |
| PLF 4.1 | BOOKER, ROBIN, PERSONAL REPRESENTATIVE | George M. Kapolchok<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0011--CV (JKS)
                "JOHNNIE CRISCO ET AL V USA"

                       For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 01/16/03
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice
                  28 USC 1346 & 2671
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 01/16/03 receipt # 00119514
        Trial by: Court
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 01/16/03 | Complaint filed; Summons issued. |
| 2 - | 1 | 01/28/03 | PLF 1-2 Return of Service Executed re: Atty General of USA on 1/23/03. |
| 3 - | 1 | 01/28/03 | PLF 1-2 Return of Service Executed re: US Atty on 1/21/03. |
| 4 - | 1 | 03/24/03 | DEF 1 Answer to Complaint. |
| 5 - | 1 | 03/25/03 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 6 - | 1 | 04/03/03 | DEF 1 Initial Status Report & discovery plan. |
| 7 - | 1 | 04/08/03 | JKS S&P Order setting pretrial ddlns: Original disc 01/01/04; Disp mots ddln 02/16/04; Estimate of trial 4 days; TBC. cc: cnsl |
| 8 - | 1 | 05/30/03 | PLF 1-2 Preliminary Witness List. |
| 9 - | 1 | 11/03/03 | DEF 1 Witness List. |
| 10 - | 1 | 11/03/03 | PLF 1-2 Final Witness List. |
| 11 - | 1 | 01/09/04 | DEF 1 motion (joint) to extend discovery deadlines; close of disc to 09/10/04; disp mots ddln to 10/08/04. |
| 11 - | 2 | 01/13/04 | JKS Order granting mot (joint) to extend disc ddlns (11-1) & setting the following dates: Disc to close 09/10/04; Disp mots ddln 10/08/04. cc: cnsl |
| 12 - | 1 | 05/26/04 | PLF 1-2; DEF 1 motion (joint) to extend deadline for submission of final witness list. |
| 12 - | 2 | 06/01/04 | JKS Order granting mot (joint) to extend ddln for submission of final wit list (12-1). cc: cnsl |
| 13 - | 1 | 06/15/04 | PLF 1-2 Final Witness List. |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0011--CV (JKS)
                                "JOHNNIE CRISCO ET AL V USA"

                                       For all filing dates


 Document #    Filed       Docket text

    14 -   1   06/15/04    DEF 1 Witness List.

    15 -   1   06/24/04    PLF 1-2 Address Change Notice.

    16 -   1   11/05/04    JKS Order re: certification of readiness for trial; parties to certify
                           or file a report within 15 days from the date of this order. cc:cnsl

    17 -   1   11/17/04    PLF 1-2; DEF 1 Status Report of the parties.

    18 -   1   11/22/04    JKS Minute Order that further stat rpt re cert of readiness for trial
                           from cnsl for pltf due by 1/18/05. cc: cnsl

    19 -   1   02/02/05    JKS Minute Order (2nd notice) re pltf to file further status report re
                           cert for readiness for trial due 2/17/05. cc: cnsl

    20 -   1   02/09/05    PLF 1-2 Status Report.

    21 -   1   04/05/05    JKS Amended Scheduling and Planning Order setting pretrial deadlines:
                           Discovery to close 07/08/05; Dispositive motions deadline 08/08/05. cc:
                           cnsl

    22 -   1   04/11/05    DEF 1 Witness List.

    23 -   1   04/18/05    PLF 1-2 Witness List.

    24 -   1   08/17/05    JKS Order re: certification of readiness for trial; parties to certify
                           or file a report within 15 days from the date of this order. cc:cnsl

    25 -   1   08/30/05    PLF 1-2; DEF 1 (joint) request for additional time for dsicovery &
                           motion practice.

    26 -   1   09/02/05    JKS Order granting stipulation (joint) request for 90 days additional
                           time for dsicovery & motion practice (25-1) & setting the following
                           dates: Discovery to close 10/08/05; Dispositive motions deadline
                           11/08/05; plfs amended complaint due 9/22/05. cc: cnsl

    27 -   1   10/03/05    PLF 1-2 Unopposed motion to amend complaint and caption w/att amended
                           complaint.

    28 -   1   10/04/05    JKS Order granting unopposed motion to amend complaint and caption
                           (27-1). cc: cnsl

    29 -   1   10/04/05    PLF 1-2 Complaint (Amended).
```