DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-011-JKS<br><br>JOINT MOTION FOR EXTENSION OF TIME TO CERTIFY CASE FOR TRIAL |

　　　　Counsel for the parties have discussed the issues pertaining to the readiness of

this case for trial.  There are certain issues that counsel have sought to clarify but will

not have answered by the deadline for certification, March 28, 2006.

Accordingly, the parties request a one week extension of time to resolve these issues. The parties request that the deadline for certification be extended to April 4, 2006.

Respectfully submitted this 24th day of March, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Richard L. Pomeroy
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: richard.pomeroy@usdoj.gov
>AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006, a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO CERTIFY CASE READINESS FOR TRIAL was served electronically on George M. Kapolchok, Esq.

s/ Richard L. Pomeroy