IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-011-JKS<br><br>[PROPOSED] ORDER |

The parties' motion for an extension of time, until April 4, 2006, for the parties to certify this case for trial is hereby GRANTED.

Date: _____

James K. Singleton
United States District Court Judge