**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ | Case No. 3:03-cv-00011-JKS<br><br>**QUALIFIED CERTIFICATION OF READINESS FOR TRIAL** |

　　　　In compliance with this court's Order with respect to Certification of Readiness for Trial, counsel for plaintiff and defendant have consulted, and can jointly report as follows:

**(1)** (a) Discovery is substantially complete with the exception of the deposition of the experts and the obtaining of certain original x-rays. Defendant views discovery as complete.

(b) There is one outstanding procedural and legal issue. The parties cannot agree with respect to plaintiffs supplementing their expert evidence. Plaintiffs' counsel will file a motion seeking resolution of this dispute not later than five days from the date of this pleading.

(c) Settlement has been explored and is deemed remote at this time.

**(2)** Counsel for plaintiffs believes, even should the court grant plaintiffs' request to supplement their expert medical testimony, that trial can be set in the next six (6) to nine (9) months.

DATED: April 5, 2006

s/George M. Kapolchok  
George M. Kapolchok  
Alaska Bar No. 7510071  
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2006, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy  
Assistant U.S. Attorney

s/Paula Beneke  
Kapolchok Law Offices, LLC