**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**ORDER REGARDING PLAINTIFFS' MOTION TO ADD MEDICAL EXPERT AND TO DEPOSE DEFENDANT'S MEDICAL EXPERT** |

In response to plaintiffs' motion and having fully reviewed defendant's opposition, the court rules as follows:

1. Plaintiffs are granted leave to add Dr. Declan R. Nolan as an expert. His report shall be delivered to defendant not later than three weeks after defendant provides the x-ray films that have been requested.

      2.      Plaintiffs are permitted to depose Dr. Vigeland at a time convenient for the doctor and the government's attorney.

DATED: _____      _____
                                          Senior Judge James K. Singleton, Jr.
                                          United States District Court