**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>                    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**REPLY TO DEFENDANT'S OPPOSITION TO ADD A MEDICAL EXPERT WITNESS AND TO DEPOSE DEFENDANT'S EXPERT** |

**Past Delay**   The government argues, "Discovery in this case has been open for approximately three years" (Opposition at pg. 1).  While technically true, the course of the case has been interrupted for long periods of time by a number of valid and unforeseeable events.  The most significant of these in the order of their occurrence were:

> ➢ Plaintiff's progressing and uncontrolled infection requiring multiple surgeries.

> ➢ Defendant's counsel's sabbatical following brain surgery.

> ➢ The amputation of plaintiff's leg and the recovery period.

> ➢ The automobile accident reinjuring plaintiff and the hiatus to resolve those claims.

> ➢ The death of plaintiff's wife.

> ➢ The pressure brought to bear on treating physician Dr. Hall by the forces of tort reform.

The government next explains that plaintiff can sustain his *prima facie* case with Dr. Hall's testimony as a treating physician, and that his inability to "sign on" as an expert who produces a report is not needed.  Dr. Hall's findings and opinions are of record, but by not being free to consult with, assist, and prepare a detailed point for point report, plaintiff and his counsel are completely hampered from presenting the medicine to the court in the manner required by the adversarial system.

**No Delay Is Sought**    With a trial date not until December, plaintiff seeks no delay and will present Dr. Nolan's findings forthwith and make him available for deposition should the defendant wish.  Plaintiff also has offered to absorb all the costs of defendant's expert deposition, which should not exceed two hours.

DATED:  May 18, 2006            s/George M. Kapolchok
                                George M. Kapolchok
                                Alaska Bar No. 7510071
                                Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day
of May, 2006, a true and correct
copy of the foregoing document was
served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney


s/Paula Beneke
Kapolchok Law Offices, LLC