**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
360 K Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 278-8850
Fax: (907) 278-8860
E-mail: lawoffices@kapolchok.com

**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND RESET PRETRIAL DEADLINES** |

The parties respectfully request the Court vacate the trial set for December 5, 2006 and reset the matter in six to eight months. The following facts compel this request:

1) Approximately four weeks ago, plaintiff fell ill with symptoms of chest pain, persistent coughing, and blood in his sputum. A family practice doctor x-rayed Mr. Crisco's lungs and detected a substantial mass. Plaintiff

was immediately referred to the VA clinic in Anchorage for further diagnosis.

2) The VA clinic, over the past three weeks, has conducted numerous tests to confirm a diagnosis of lung cancer. Among these tests was a profusion study, additional x-rays, numerous blood panels and most recently a sophisticated PET scan, the report of which is attached.

On the day this motion was prepared, Mr. Crisco is undergoing a biopsy of the masses found in his lungs. The effort is to classify the cells.

Plaintiff's counsel has conferred with plaintiff's primary guiding physicians. As things presently stand, the plan is to have Mr. Crisco go to Seattle to have the tumors surgically removed. Depending on the results of the pathology reports, Mr. Crisco will then undergo a six month regime of chemotherapy and some form of radiation. Although too early to tell, there does not appear to be metastasis and the prognosis is hopeful.

Therefore, Mr. Crisco is and will for some time under the best case scenario be unable to participate in preparation for and conduct of the trial set in early December. Plaintiff's counsel and the government's attorney agree that the best course of action is to continue the case for a period of six months.

DATED: 10/11/06

George M. Kapolchok
Alaska Bar No. 7510071
Attorney for Plaintiffs

DATED: 11 October 06

Richard L. Pomeroy
Alaska Bar No. 8906031
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2006, a true and correct copy of the foregoing document was hand delivered upon:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., #9 Room 253
Anchorage, AK 99513

_____
Kapolchok Law Offices, LLC