| | | | | |
|---|---|---|---|---|
| ***Final Report*** | **PROVIDENCE IMAGING CENTER**<br>**RADIOLOGY CONSULTATION** | | | |
| **Patient:** | CRISCO, JOHNNIE<br>11406 LOWER SUNNY CIR #B<br>EAGLE RIVER, AK 99577<br>(907) 863-1458 | | | |
| **Med. Rec. No:** | 440286 | **Exam Date:** | Oct 04, 2006 13:38 | |
| **DOB:** | Aug 14 1938 - 68Y | **Sex:** | Male | **Room & Bed:** - |
| **Order No:** | 90001 | **Pt. Class:** | OP | |
| **Clinician:** | DAVID FRANKL MD | **Admission #:** | 010627700291 | |
| **Alt Clinician:** | STEPHANIE FRIESS ANP | | | |
| **Att Clinician:** | STEPHANIE FRIESS ANP | | | |

**Reason:**
**Comment:**
Clinical Data: LUL SPICULATED MASS, CHARACTE

Accession No. 2928202

### JVR 8815 - PET SKULL BASE TO MID THIGH - CPT's: 78815- A4641- - -:

COMPARISON: None.

TECHNIQUE: 1.0 mg of oral Xanax is administered 30 minutes prior to intravenous administration of 16.41 mCi of Fluorine-18 FDG. The patient is scanned approximately an hour later. Non-contrast high-resolution CT images from the base of the skull to the level of the upper thighs are performed. Immediately following the CT images, with the patient in the same position, a PET scan is acquired. CT images are obtained for attenuation correction and accurate anatomic co-registration purposes. 3-dimensional maximum intensity projection PET images and multiplanar PET-CT images are reviewed.

RESULT: There is a spiculated left suprahilar mass. This is markedly hypermetabolic, with a maximum SUV of 12.9 g/mL. There are at least two small pretracheal lymph nodes present, both measuring less than 1 cm short axis diameter. Neither of these demonstrates any hypermetabolic activity to suggest metastasis. There is no other hypermetabolic focus in the hila or lungs. There is no abnormal uptake in the abdomen or pelvis. Physiologic uptake is seen in the kidneys, bladder and colon.

IMPRESSION: LEFT SUPRAHILAR LUNG MASS DEMONSTRATES MARKEDLY INCREASED METABOLISM CONSISTENT WITH MALIGNANCY. THERE IS NO EVIDENCE OF NODAL METASTASIS TO THE MEDIASTINUM NOR OF DISTANT METASTATIC DISEASE.

Reading Doctor : CHRISTOPHER L KOTTRA M.D.

Transcribed By: KS   On: Oct 05, 2006 06:20

Providence Imaging Center (PIC) is an independent diagnostic testing facility located on the east side of the Providence Alaska Medical Center campus. PIC is dedicated to providing its clients with high quality imaging exams in a caring, comfortable and convenient environment.

Imaging Services Consultation   Acc #: 2928202   MR#: 440286   T: KJH

| | | | |
|---|---|---|---|
| ***Final Report*** | **PROVIDENCE IMAGING CENTER** | | |
| | **RADIOLOGY CONSULTATION** | | |

| | | | | |
|---|---|---|---|---|
| **Patient:** | CRISCO, JOHNNIE | | | |
| | 11406 LOWER SUNNY CIR #B | | | |
| | EAGLE RIVER, AK 99577 | | | |
| | (907) 863-1458 | | | |
| **Med. Rec. No:** | 440286 | **Exam Date:** | Oct 04, 2006 13:38 | |
| **DOB:** | Aug 14 1938 - 68Y | **Sex:** | Male | **Room & Bed:** - |
| **Order No:** | 90001 | **Pt. Class:** | OP | |
| **Clinician:** | DAVID FRANKL MD | **Admission #:** | 010627700291 | |
| **Alt Clinician:** | STEPHANIE FRIESS ANP | | | |
| **Att Clinician:** | STEPHANIE FRIESS ANP | | | |

This document has been electronically
Signed by: MOELLER M.D., DAVID A On: Oct 05, 2006 07:47

Copy To:

Providence Imaging Center (PIC) is an independent diagnostic testing facility located on the east side of the Providence Alaska Medical Center campus. PIC is dedicated to providing its clients with high quality imaging exams in a caring, comfortable and convenient environment.

Imaging Services Consultation   **Acc #: 2928202**   MR#:   440286   T: KJH