IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**[PROPOSED] ORDER** |

　　　Plaintiff's motion to reschedule trial and the pretrial deadlines in this case is hereby GRANTED.


_____  　　　_____
Date:　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　　　United States District Court Judge