IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO, by her personal representative, ROBIN BOOKER,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:03-CV-00011-JKS<br><br><br>O R D E R |

Plaintiff's motion to reschedule trial and pretrial deadlines at **Docket No. 41** is **GRANTED**.

**IT IS THEREFORE ORDERED**:

Incorporating by reference the trial setting Order at Docket No. 40, the deadlines imposed are changed as follows:

| | |
|---|---|
| Pretrial Documents | **Monday, April 9, 2007** |
| First Supplemental Trial Briefs | **Monday, April 16, 2007** |
| Proposed Pretrial Order Meeting | **Monday, April 23, 2007** |
| Proposed Pretrial Order | **Monday, April 30, 2007** |
| Second Supplemental Trial Briefs | **Monday, May 7, 2007** |
| Final Pretrial Conference | **Monday, May 21, 2007** at **10:00 a.m.** |
| Trial by Court | **Tuesday, June 5, 2007** at **9:00 a.m.** |

Dated at Anchorage, Alaska, this 16th day of October 2006.

                                                    /s/ James K. Singleton, Jr.
                                                    **JAMES K. SINGLETON, JR.**
                                                    United States District Judge