NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00011-JKS<br><br>JOINT MOTION FOR ONE WEEK EXTENSION OF PRETRIAL DEADLINES |

      The parties, through counsel, move to extend the pretrial deadlines by one week.

      Additional time is necessary because counsel for plaintiff is out of state until April 11, 2007 and, accordingly, is not available for the initial meeting to exchange exhibits.  Additional time will assist both parties in preparation of the required materials and should limit the number of issues that need to be addressed in supplemental pleadings.  This requested extension of time should have no effect on the scheduled trial date or the date on which the Final Pretrial Conference is scheduled.

If this request is granted, the new pretrial deadlines would be:

| | |
|---|---|
| Pretrial documents (Trial Brief, Exhibit List & Witness List: | April 16, 2007 |
| First Supplemental Trial Brief: | April 23, 2007 |
| Proposed Pretrial Order: | April 30, 2007 |
| Second Supplemental Trial Brief: | May 7, 2007 |

A proposed order accompanies this motion.

Respectfully submitted this 4th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

KAPOLCHOK LAW OFFICES, LLC

s/George M. Kapolchok
360 K Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 278-8850
Fax: (907) 278-8860
E-mail: lawoffices@kapolchok.com
Alaska Bar No. 7510071

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2007,
a copy of the foregoing Joint Motion was served
electronically on George M. Kapolchok, Esq.

s/ Richard L. Pomeroy