IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**[PROPOSED] ORDER** |

    The parties' joint motion to extend the pretrial deadlines in this case is hereby GRANTED.

_____       _____
Date:                                                                    James K. Singleton
                                                                          United States District Court Judge