IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**ORDER** |

    The parties' joint motion at **Docket No. 43** to extend the pretrial deadlines in this case is hereby **GRANTED**.

| | |
|---|---|
| April 6, 2007<br>Date: | /s/ James K. Singleton, Jr.<br>James K. Singleton<br>United States District Court Judge |