NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:03-cv-00011-JKS<br><br><br>UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF PRETRIAL DEADLINES |

    Defendant, through counsel, moves to extend the pretrial deadlines by one week.

Additional time is necessary because counsel for defendant has been ill and out of the office from April 10 through April 15, 2007 and, accordingly, has not been able to complete the initial meeting to exchange exhibits or the pretrial documents to be filed. This requested extension of time should have no effect on the scheduled trial date or the date on which the Final Pretrial Conference is scheduled. Opposing counsel has been notified and has no objection to this extension of time.

If this request is granted, the new pretrial deadlines would be:

Pretrial documents:

| | |
|---|---|
| (Trial Brief, Exhibit List & Witness List) | April 23, 2007 |
| First Supplemental Trial Brief: | April 26, 2007 |

The remaining deadlines remain as previously set.

A proposed order accompanies this motion.

Respectfully submitted this 16th day of April, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344

E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2007,
a copy of the foregoing Motion was served
electronically on George M. Kapolchok, Esq.

s/ Richard L. Pomeroy

Crisco v United States
Case No. 3:03-cv-00011-JKS                    3