IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**ORDER** |

The unopposed motion at Docket No. 45 to extend the pretrial deadlines in this case is hereby GRANTED.

\_\_\_April 17, 2007\_\_\_\_\_       \_\_/s/James K. Singleton, Jr._____
Date:                                         James K. Singleton, Jr.
                                              United States District Court Judge