**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**JOINT AND STIPULATED MOTION FOR BRIEF CONTINUANCE OF TRIAL DATE** |

Trial of this matter is presently set for June 5, 2007.  This date was selected based upon a continuance due to Mr. Crisco being diagnosed with cancer, and requiring major surgery and therapy.  The surgery and therapy have thus far proven successful, and Mr. Crisco is, upon last examination, believed to be cancer free and recuperating well.

However, Mr. Crisco is in need of one more follow-up procedure to correct a leak in his pulmonary system.  The scheduling and recuperation of that procedure require a slight continuance.

The lawyers for the parties have been working to satisfy the pretrial deadlines, and will continue to do so. Counsel also estimate that this case will take only three days to present and argue.

The parties jointly and respectfully request that the date of June 5, 2007, be continued to <u>any</u> <u>time</u> convenient to the court during the time periods of July 23 – August 7, 2007, or August 22 – August 31, 2007.

DATED this 25th day of April, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC

/s/ George M. Kapolchok
George M. Kapolchok
Alaska Bar No. 7510071
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

/s/ Paula Beneke
Kapolchok Law Offices, LLC