**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. )<br>_____ ) | Case No. 3:03-cv-00011-JKS<br><br>**[PROPOSED] ORDER RESETTING TRIAL DATE** |

Upon joint motion by the parties, the trial date of June 5, 2007, is vacated. Trial is estimated to take three days.  The trial is reset to commence on the _____ day of _____, 2007.


DATED: _____        _____
                             Senior Judge James K. Singleton, Jr.
                             United States District Court