IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**ORDER** |

The unopposed motion at **Docket No. 49** to extend the pretrial deadlines in this case is hereby **GRANTED**. The June 5, 2007 trial date is vacated and trial is reset to begin **Tuesday, July 24, 2007** at 9 a.m. In addition, the Final Pretrial Conference currently set for May 21, 2007 at 10 a.m. is vacated and rescheduled to take place on Monday, July 9, 2007 at 10 a.m.

April 27, 2007  
Date:

/s/ James K. Singleton, Jr.  
James K. Singleton, Jr.  
United States District Court Judge