NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-00011-JKS<br><br>JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES |

　　　Trial in this case has been rescheduled to begin on July 24, 2007 with the

Final Pretrial Conference to be held July 9, 2007.  See Docket 50.  The order that

the parties submitted to extend the trial date did not address the remaining pretrial deadlines.  To address this oversight, the parties also move to extend the following deadlines:

    Proposed Pretrial Order and Joint Exhibits:    July 3, 2007

    Supplemental Trial Briefs (if any):    July 6, 2007

    A proposed order accompanies this motion.

    Respectfully submitted this 12th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007,
a copy of the foregoing  Motion was served
electronically on George M. Kapolchok, Esq.

s/ Richard L. Pomeroy