IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00011-JKS<br><br>**[PROPOSED] ORDER** |

The joint motion to extend the remaining pretrial deadlines in this case is hereby GRANTED.   The new pretrial deadlines will be as follows:

Proposed Pretrial Order and Joint Exhibits:        July 3, 2007

Supplemental Trial Briefs (if any):        July 6, 2007

Date: _____

_____
James K. Singleton
United States District Court Judge