IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO, by her Personal Representative, ROBIN BOOKER,<br><br>            Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:03-CV-00011-JKS<br><br><br>O R D E R |

The joint motion to extend the remaining pretrial deadlines in this case at **Docket No. 51** is **GRANTED**. The new pretrial deadlines will be as follows:

    Proposed Pretrial Order and Joint Exhibits:    July 3, 2007

    Supplemental Trial Briefs (if any):    July 6, 2007

Dated at Anchorage, Alaska, this 13th day of June, 2007.

          /s/ James K. Singleton, Jr.
          **JAMES K. SINGLETON, JR.**
          United States District Judge