```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

 JOHNNIE CRISCO ET AL          vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE JAMES K. SINGLETON  CASE NO. 3:03-CV-00011-JKS

DEPUTY CLERK/RECORDER:      CHAD WILTS

APPEARANCES:   PLAINTIFF:   GEORGE M. KAPOLCHOK

               DEFENDANT:   RICHARD L. POMEROY

PROCEEDINGS: FINAL PRETRIAL CONFERENCE  HELD 7/9/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard re possible rescheduling of Trial by Court and possible judicial reassignment of case for Trial by Court.

Trial by Court set for July 24, 2007 at 9:00 a.m.; **VACATED**.

At 10:15 a.m. court adjourned.

DATE: JULY 9, 2007            DEPUTY CLERK'S INITIALS:   CLW

Revised 6/18/07