UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  JOHNNIE CRISCO, et al  </u>   v.   <u>  UNITED STATES OF AMERICA  </u>

THE HONORABLE JAMES K. SINGLETON

<small>DEPUTY CLERK</small>                                    CASE NO.  <u> 3:03-cv-00011-JKS </u>

<u> Linda Christensen </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 10, 2007

     By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable H. Russel Holland for all further proceedings. Please use the following case number on all future filings: 3:03-cv-00011-HRH.

     A Status Conference is set for **Thursday, July 12, 2007 at 1:30 p.m.** in Courtroom 1, Anchorage, Alaska before U.S. District Judge H. Russel Holland.

[ ]{IQ1.WPD*Rev.12/96}