IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHNNIE CRISCO and THE ESTATE      )
OF ANNA CRISCO, by her Personal    )
Representative, ROBIN BOOKER,      )
                                   )
                 Plaintiffs,       )
                                   )
        vs.                        )
                                   )
UNITED STATES OF AMERICA,          )
                                   )   No. 3:03-CV-0011-HRH
                 Defendant.        )
_____)
```

O R D E R

Case Status;
Final Pretrial Preparation
and Trial Setting

      A case status conference was held in this case on July 12, 2007. Unless otherwise ordered by the court, this conference order will serve as the final pretrial order for this case.

      This case is now calendared for trial by the court, commencing September 17, 2007, to be completed by September 20, 2007. Short opening statements are optional. _In lieu_ of closing arguments, the court will receive, at a time to be agreed upon, the parties' written summations coupled with proposed findings of fact and conclusions of law.

- 1 -

In final preparation for trial, the following shall be accomplished on or before September 4, 2007:

(1) Final updated witness lists shall be served and filed by each party. Witnesses shall be listed in the order in which it is anticipated they will be called. The final witness lists shall be restricted to those witnesses previously disclosed. Counsel will please arrange for the availability of witnesses in sufficient time that the trial will not be delayed because of the absence of witnesses.

(2) The court shall be provided with a "work set" (a chambers copy) of the exhibits to be employed by counsel in this case. The original exhibits shall be retained by counsel for use during trial. The parties need not provide the court with a "work set" (chambers copy) of x-rays unless extra copies are already available. Whether compiled jointly or severally, the court shall be provided with an exhibit list, identifying exhibits as "admitted" or "not admitted"; and, if not admitted, stating by reference to court rules of evidence the reason for objecting to the exhibit.

(3) The parties shall file, jointly or severally, a statement of agreed facts, a statement of issues (both fact and law), and a brief statement of each party's position and relevant authorities with respect to each legal issue.

The court understands that settlement negotiations in this case are underway. On or before August 3, 2007, counsel for plaintiff will please provide the court with a status report

regarding settlement negotiations. Unless the parties shall have concluded that settlement is not possible under any circumstances, the court desires that the parties participate in a court-assisted settlement conference. To that end, the court has arranged for Senior Judge von der Heydt to assist the parties with a settlement conference.

    It is the court's present perception that no further pretrial conference will be necessary in this case. However, should counsel be of a different view at some point prior to trial, they should not hesitate to request a further conference with the court.

    DATED at Anchorage, Alaska, this <u>13th</u> day of July, 2007.

<u>/s/ H. Russel Holland</u><br>
United States District Judge