**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:03-cv-0011-HRH<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

Shortly after the Pretrial Conference, plaintiffs submitted a settlement proposal to the government.  Several weeks later, the government indicated it was not interested in settlement and/or mediation.  Plaintiffs' counsel conveyed this information in a discussion with the court, but was remiss in not filing this written report, and apologizes for the omission.

DATED this   31st   day of August, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC


/s/ George M. Kapolchok
George M. Kapolchok
Alaska Bar No. 7510071
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC