**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone:  (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,  Plaintiffs, vs. UNITED STATES OF AMERICA,  Defendant. | Case No. 3:03-cv-0011-HRH  **MOTION TO WAIVE COURT REVIEW OF EXHIBITS** |

Plaintiffs, with the consent of defendant, request that the court waive its exhibit review.  The parties will submit joint exhibits, which will consist of medical records for the most part.  The parties are also in the process of stipulating to a factual statement with respect to prior and post medical history.

DATED this ___31st___ day of August, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC


/s/ George M. Kapolchok
George M. Kapolchok
Alaska Bar No. 7510071
Attorney for Plaintiffs




**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC