**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ) <br> ESTATE OF ANNA CRISCO by HER ) <br> PERSONAL REPRESENTATIVE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:03-cv-00011-HRH <br><br> **[PROPOSED] ORDER** <br> **TO WAIVE COURT** <br> **REVIEW OF EXHIBITS** |

      Upon motion by plaintiffs, court review of exhibits is hereby waived.

    DATED: _____   _____
                                               Senior Judge James K. Singleton, Jr.
                                               United States District Court