**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

JOHNNIE CRISCO and THE ESTATE
OF ANNA CRISCO, by her Personal
Representative, ROBIN BOOKER      v.   UNITED STATES OF AMERICA

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.  3:03-cv-0011-HRH

    Deputy Clerk                Official Recorder

APPEARANCES:   for PLAINTIFF:   ---

             for DEFENDANT:   ---

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Upon motion by plaintiffs (Docket No. 58), court review of exhibits is hereby waived.