NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER, | Case No. 3:03-cv-00011-HRH |
| Plaintiffs, | **DEFENDANT'S TRIAL EXHIBIT LIST** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant, United States of America, by and through counsel, submits its list of exhibits to

be introduced at trial in the above-captioned matter:

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-1 | Medical Record Excerpts relating to Gregory Schumacher, M.D. | X | | |
| D-2 | Deposition of Dr. Gregory Schumacher | X | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-3 | Medical Record excerpts relating to January 2001 surgery and post-operative care (250 pages) | X | | |
| D-4 | Medical Record Excerpts relating to outpatient care from February 2001 through November 2001 (147 pages) | X | | |
| D-5 | Medical Record Excerpts relating to Howard Chansky, M.D. | X | | |
| D-6 | Medical Record Excerpts relating to Peter Ross, M.D. | X | | |
| D-7 | C. V - Dr. Theodore Vigeland | X | | |
| D-8-12 | Five X-rays, dated 10/17/2000 | X | | |
| D-13-16 | Four X-rays, dated 1/28/2001 | X | | |
| D-17-20 | Four X-rays, dated 3/12/2001 | X | | |
| D-21-23 | Three X-rays, dated 5/8/2001 | X | | |
| D-24-27 | Four X-rays, date 6/11/2001 | X | | |
| D-28-29 | Two X-rays, dated 7/18/2001 | X | | |
| D-30-33 | Four X-rays, dated 10/1/2001 | X | | |
| D-34 | X-rays (cd) | X | | |
| D-35 | Deposition of Robert Hall, M. D. | X | | |
| D-36 | Deposition of Dr. Peter Ross | X | | |

//        //

//        //

//        //

Respectfully submitted this 5th day of September, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007,
a copy of the foregoing DEFENDANT'S
TRIAL EXHIBIT LIST  was served
electronically on George M. Kapolchok, Esq.

s/ Richard L. Pomeroy