**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-0011-HRH<br><br>**PLAINTIFFS' TRIAL EXHIBIT LIST** |

Plaintiff Johnnie Crisco, by and through his attorney, Kapolchok Law Offices, LLC, hereby submits his exhibit list for use at trial. Plaintiff adopts defendant's exhibits without duplicating them; however, plaintiff may substitute original x-rays if defendant's exhibits are of poorer quality. Copies of the actual documents will be delivered to the court.

| EXH # | DESCRIPTION | IDEN | AMD | OBJ |
|---|---|---|---|---|
| 1 | April 4, 2002, letter of Dr. Robert Hall, and Burt Mason letter of April 2, 2002 | | | |
| 2 | Orthopedic Physicians of Anchorage complete medical chart, CRI 5002 - 5065 | | | |
| 3 | Lifestyle photographs | | | |
| 4 | Deposition transcript of Anna Crisco | | | |
| 5 | Deposition transcript of Dr. Vigeland | | | |
| 6 | Radiological Studies, Providence, Oct. 9, 2001 | | | |

DATED this __7th__ day of September, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC


/s/ George M. Kapolchok
George M. Kapolchok
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com
Alaska Bar No. 7510071
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC