**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ) ) ) ) | Case No. 3:03-cv-00011-HRH |
| Plaintiffs, ) ) | **[PROPOSED] ORDER** |
| vs. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) _____) | |

Based on the nature of the medical emergency presented by plaintiffs' counsel, the late filing of the trial brief and copies of the exhibits will be excused.

DATED: _____    _____
                                                  Senior Judge H. Russel Holland
                                                  United States District Court