IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHNNIE CRISCO and THE ESTATE      )
OF ANNA CRISCO, by her Personal    )
Representative, ROBIN BOOKER,      )
                                   )
                    Plaintiffs,    )
                                   )
     vs.                           )
                                   )
UNITED STATES OF AMERICA,          )
                                   )   No. 3:03-CV-0011-HRH
                    Defendant.     )
_____)
```

O R D E R

Motion to Excuse Late Filing

Based on the nature of the medical emergency presented by plaintiffs' counsel,[1] the late filing of the trial brief and copies of the exhibits will be excused.

DATED at Anchorage, Alaska, this 11th day of September, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1]  See Motion to Excuse Late Filing, Docket No. 67.

- 1 -