```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

\_\_\_\_JOHNNIE CRISCO, et al\_\_\_\_ vs. \_\_\_UNITED STATES OF AMERICA\_\_\_

BEFORE THE HONORABLE \_H. RUSSEL HOLLAND\_   CASE NO. \_3:03-CV-00011-HRH\_

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO/LINDA CHRISTENSEN\_

APPEARANCES:   PLAINTIFF: \_GEORGE KAPOLCHOK_____

               DEFENDANT: \_RICHARD POMEROY_____

PROCEEDINGS: TRIAL BY COURT - DAY 1 HELD 9/17/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re stipulation of facts; Court directed Mr. Kapolchok to file a supplement to the stipulation of facts; Court accepted.

Court and counsel heard re opening statements.

Robert J. Hall sworn and testified on behalf of the plaintiff. Plaintiff exhibits 2, 6-3A and 7 **ADMITTED.**

At 10:32 a.m. court recessed until 10:40 a.m.

Robert J. Hall resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibit D-1 **IDENTIFIED.** Plaintiff exhibits 1 and 6 **ADMITTED.**

Johnnie F. Crisco sworn and testified on his own behalf. Plaintiff exhibit 3 **ADMITTED.**

At 12:00 p.m court recessed until 12:54 p.m.

Johnnie F. Crisco resumed the stand and testified further on his own behalf.

Robin M. Booker sworn and testified on behalf of the plaintiff.

Arthur Paul Bowen sworn and testified on behalf of the plaintiff.

                        Continued To Page 2

DATE: \_\_\_\_September 17, 2007\_\_\_\_\_   DEPUTY CLERK'S INITIALS: \_SCL/LSC\_

Revised 6/18/07

```
                      Continuation - Page 2
         Johnnie Crisco, et al vs. United States of America
                          3:03-cv-00011-HRH
                        Trial by Court - Day 1
                         September 17, 2007
```
----------------------------------------------------------------

Plaintiff exhibit 4 **ADMITTED.**

Plaintiff rested.

Court and counsel heard re trial scheduling.

Umesh Bhagia sworn and testified on behalf of the defendant. Defendant's exhibits D-8, D-9, D-11, D-12, D-13, D-16, D-17, D-18, D-19, D-20, D-21, D-22, D-23, D-24, D-25, D-26, D-27, D-28, D-29, D-30, D-31, D-32, D-33 **IDENTIFIED.** Defendant's exhibit D-5 **ADMITTED.**

Court directed Mr. Pomeroy to submit a complete list of the x-ray exhibits offered to be admitted.

At 3:56 p.m. court recessed to reconvene **Tuesday, September 18, 2007 at 9:00 a.m.**

DATE:   September 17, 2007      DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07