```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

     JOHNNIE CRISCO, et al    vs.    UNITED STATES OF AMERICA

BEFORE THE HONORABLE  H. RUSSEL HOLLAND    CASE NO. 3:03-CV-00011-HRH

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:    GEORGE KAPOLCHOK

               DEFENDANT:    RICHARD POMEROY

PROCEEDINGS: TRIAL BY COURT - DAY 2 HELD 9/18/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Howard Alan Chansky sworn and testified on behalf of the defendant.

Theodore John Vigelund sworn and testified on behalf of the defendant as an expert in orthopedic surgery. Defendant's exhibits D-17, D-18 **IDENTIFIED.** Defendant's exhibit D-7 **ADMITTED.**

At 10:29 a.m. court recessed until 10:40 a.m.
Court and counsel heard re exhibits.

Defendant's exhibits D-1, D-2, D-3, D-4, D-6, D-8, D-9, D-11, D-12, D-13, D-16, D-17, D-18, D-19, D-20, D-21, D-22, D-23, D-24, D-25, D-26, D-27, D-28, D-29, D-30, D-31, D-32, D-33, D-36 **ADMITTED.**

Court directed the parties to submit closing arguments and proposed findings to the Court by **September 28, 2007.**

List of Witnesses and List of Exhibits to be filed separately.

At 10:52 a.m. court adjourned.

OFF RECORD NOTE: All admitted exhibits forwarded to chambers.

DATE:    September 18, 2007     DEPUTY CLERK'S INITIALS:    SCL

Revised 6/18/07