(Rev 9/07)                          **LIST OF EXHIBITS**

--------------------------------------------------------------------------------

Case No.   3:03-CV-00011-HRH              Judge:   **H. RUSSEL HOLLAND**

Title      JOHNNIE CRISCO, et al

vs.

           UNITED STATES OF AMERICA

Dates of Trial:  September 17, 2007   thru   September 18, 2007

Deputy Clerk/Recorder: S. Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| George Kapolchok | Richard Pomeroy |
| | |
| | |

--------------------------------------**EXHIBITS**--------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 9/17 | 4/4/02, letter of Dr. Robert Hall / Burt Mason | D-1 | ✓ | 9/18 | Medical Record Excerpts relating to Gregory Schumacher, M.D. |
| 2 | ✓ | 9/17 | Orthopedic Physicians of Anchorage complete medical chart | D-2 | | 9/18 | Deposition of Dr. Gregory Schumacher |
| 3 | ✓ | 9/17 | Lifestyle Photographs | D-7 | | 9/18 | Medical Record excerpts relating to Jan 2001 Surgery and post operative care (352 pages) |
| 4 | | 9/17 | Deposition transcript of Anna Crisco | D-4 | | 9/18 | Medical Record Excerpts relating to outpatient care from Feb 2001 through Nov 2001 (147 pgs) |
| 5 | | | | D-5 | ✓ | 9/17 | Medical Record Excerpts relating to Howard Chansky, MD |
| 6-3a | ✓ | 9/17 | X-ray | D-6 | | 9/18 | Medical Record Excerpts relating to Peter Ross, MD. |
| 7 | ✓ | 9/17 | | D-7 | ✓ | 9/18 | C.V. Dr. Theodore Vigeland |
| 6 | | 9/17 | Radiological Studies Providence, 10/9/2001 | D-8 | ✓ | 9/18 | X-ray dtd 10-17-00 |
| | | | | D-9 | ✓ | 9/18 | X-ray dtd 10-17-00 |
| | | | | D-10 | | | |
| | | | | D-11 | ✓ | 9/18 | xray dtd 10-17-00 |

Case No: 7:07·CV·00011·HRH    Judge: H. Russel

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | D-12 | ✓ | 9/18 | xray dtd 10·17·00 |
| | | | | D-13 | ✓ | 9/18 | xray dtd 1·28·01 |
| | | | | D-14 | | | |
| | | | | D-15 | | | |
| | | | | D-16 | ✓ | 9/18 | xray dtd 1·28·01 |
| | | | | D-17 | ✓ | 9/18 | xray dtd 3·12·01 |
| | | | | D-18 | ✓ | 9/18 | xray dtd 3·12·01 |
| | | | | D-19 | ✓ | 9/18 | xray dtd 3·12·01 |
| | | | | D-20 | ✓ | 9/18 | xray dtd 3·12·01 |
| | | | | D-21 | ✓ | 9/18 | xray dtd 5·8·01 |
| | | | | D-22 | ✓ | 9/18 | xray dtd 5·8·01 |
| | | | | D-23 | ✓ | 9/18 | xray dtd 5·8·01 |
| | | | | D-24 | ✓ | 9/18 | xray dtd 6·11·01 |
| | | | | D-25 | ✓ | 9/18 | xray dtd 6·11·01 |
| | | | | D-26 | ✓ | 9/18 | xray dtd 6·11·01 |
| | | | | D-27 | ✓ | 9/18 | xray dtd 6·11·01 |
| | | | | D-28 | ✓ | 9/18 | xray dtd 7·18·01 |
| | | | | D-29 | ✓ | 9/18 | xray dtd 7·18·01 |
| | | | | D-30 | ✓ | 9/18 | xray dtd 10·1·01 |
| | | | | D-31 | ✓ | 9/18 | xray dtd 10·1·01 |

Continuation
List of Exhibits

Page: _____

| Case No: 7:07-CV-00011-HRH | | | Judge: | H. Russel Holland | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | D-32 | ✓ | 9/18 | xray dtd 10.1.01 |
| | | | | D-33 | ✓ | 9/18 | xray dtd 10.1.01 |
| | | | | D-34 | | | |
| | | | | D-35 | | | |
| | | | | D-36 | | 9/18 | Deposition of Dr. Peter Ross |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |