NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO BY HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:03-cv-00011-HRH<br><br>**STATUS REPORT**<br>  **RE: STIPULATED FACTS** |

        The parties, upon review of the medical records in this case, agree that the Stipulated

Facts filed at Docket 66, is correct and does not require amendment.

//        //

//        //

//        //

//        //

Respectfully submitted this 21st day of September, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

Date: September 21, 2007

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

KAPOLCHOK LAW OFFICES, LLC

Date: September 21, 2007

/s/ George M. Kapolchok
George M. Kapolchok
Attorney for Plaintiffs
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax: (907) 278-8860
E-mail: lawoffices@kapolchok.com
Alaska Bar No. 7510071