**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:03-cv-0011-HRH <br><br> **NOTICE OF PLAINTIFFS' POST TRIAL FILINGS** |

Pursuant to the order of this court at the conclusion of the trial, plaintiffs, by and through their counsel, Kapolchok Law Offices, LLC, hereby give notice of filing of the following pleadings and documents:

    1.    Plaintiffs' Final Argument

2. [Proposed] Findings Of Facts, Conclusions Of Law, Preliminary Decision, And Order

3. Certified Trial Transcript of the complete trial testimony of:

   a. Dr. Robert J. Hall

   b. Dr. Umesch Bhagia

   c. Dr. Howard Chansky

   d. Dr. Theodore Vigiland

DATED this  28th  day of September, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC

/s/ George M. Kapolchok
George M. Kapolchok
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com
Alaska Bar No. 7510071
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC