**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ESTATE OF ANNA CRISCO by HER PERSONAL REPRESENTATIVE, ROBIN BOOKER,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ | Case No. 3:03-cv-0011-HRH<br><br>**PLAINTIFFS' ERRATA TO DOCUMENT FILED AS NUMBER 80** |

In reference to document number 80, *Plaintiffs' Final Argument*, in the above matter, please note that one of the attachments to document number 80, that is, trial transcripts of Dr. Chansky and Dr. Vigeland, 9/17/2007, was inadvertently attached as the main document for document number 80. The <u>correct main document</u>, *Plaintiffs' Final Argument*, is attached herewith to this Errata.

DATED this  28th  day of September, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC


/s/ George M. Kapolchok
George M. Kapolchok
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com
Alaska Bar No. 7510071
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC