**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**

**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHNNIE CRISCO and THE ) <br> ESTATE OF ANNA CRISCO by HER ) <br> PERSONAL REPRESENTATIVE, ) <br> ROBIN BOOKER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:03-cv-0011-HRH <br><br><br><br><br> **NOTICE OF** <br> **SIGNATURE** |

On Friday, September 28, 2007, counsel for plaintiffs filed along with other pleadings, certain Proposed Findings of Fact and Conclusions of Law. The document did not have an electronic signature block for the filing attorney, but only a proposed signature block for the Court. Pursuant to an electronic notice of the Court staff, the last

page of the document is hereby attached and refiled, and an electronic signature block of counsel has been added to this document.  No other changes to this page have been made.

DATED this __1st__ day of October, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC

/s/ George M. Kapolchok
George M. Kapolchok
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com
Alaska Bar No. 7510071
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October 2007, a true and correct copy of the foregoing document was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

/s/ Paula Beneke
Kapolchok Law Offices, LLC