DATED this __28th__ day of September, 2007, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC

/s/ George M. Kapolchok
George M. Kapolchok
360 K Street, Suite 100
Anchorage, AK 99501
Phone: (907) 278-8850
Fax:  (907) 278-8860
lawoffices@kapolchok.com
Alaska Bar No. 7510071
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2007, a true and correct copy of the document entitled *[Proposed] Findings of Fact, Conclusions of Law, Preliminary Decision, and Order* was served electronically upon:

Richard L. Pomeroy
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567

/s/ Paula Beneke
Kapolchok Law Offices, LLC