UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHNNIE CRISCO, et al.,
    Plaintiffs,

v.

Case Number 3:03-cv-00011-HRH

UNITED STATES OF AMERICA,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs' amended complaint against the United States of America is dismissed with prejudice.

APPROVED:

REDACTED SIGNATURE

H. Russel Holland
United States District Judge

Date:
December 5, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Ida Romack
_____
Ida Romack, Clerk of Court

[303cv11HRH-judgment.wpd]{JMT2.WPT*Rev.3/03}